**FILED**

DEC 17 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE KAY SNEED,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL WILLIAMS, et al.,<br><br>    Defendants. | No. C 14-05270 BLF (PR)<br><br>**ORDER OF TRANSFER** |

    Plaintiff, a state prisoner proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983 against Los Angeles County officials. Because the acts complained of occurred in Los Angeles County, which lies within the venue of the Central District of California, *see* 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a).

    The Clerk shall terminate all pending motions and transfer the entire file to the Central District of California.

**IT IS SO ORDERED.**

DATED: Dec. 17, 2014

                                                       BETH LABSON FREEMAN
                                                       United States District Judge